No. 101, Misc. SCHECHTER *v.* BURFORD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 108, Misc. SADOWY *v.* MORAN, CHAIRMAN OF NEW YORK STATE BOARD OF PAROLE, ET AL. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondents.

No. 109, Misc. WILSON ET AL. *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Reuben G. Lenske* for petitioners.

No. 115, Misc. RILEY *v.* TITUS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondents.

No. 116, Misc. DEAN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 117, Misc. RIOS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 118, Misc. MICHALOWSKI *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 119, Misc. MANGAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.